IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DFI PROPERTIES, LLC,

      Plaintiff,                       No. 2:13-cv-1020 TLN KJN PS

     v.

JOHN H. BOWLES,

      Defendant.                ORDER

_____/

        On May 24, 2013, the magistrate judge filed findings and recommendations (ECF No. 3) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On May 31, 2013, defendant filed objections to the findings and recommendations (ECF No. 4), and on June 7, 2013, plaintiff filed a response to defendant's objections (ECF No. 5), which have been considered by the court.

        This court reviews de novo those portions of the proposed findings of fact to which an objection has been made. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981); <u>see</u> <u>also</u> <u>Dawson v. Marshall</u>, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the matter on

1

the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.[1]  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 3) are ADOPTED.

2. The action is REMANDED to the Placer County Superior Court.

3. The Clerk of Court is directed to serve a certified copy of this order on the Clerk of the Placer County Superior Court, and reference the state case number (MCV0058027) in the proof of service.

4. The Clerk of Court is directed to close this case and vacate all dates.

DATED: July 29, 2013

Troy L. Nunley
United States District Judge

---

[1] In its response to defendant's objections, plaintiff additionally requests that the court award plaintiff its costs and attorneys' fees related to the improper removal.  (ECF No. 5 at 5.)  Plaintiff's counsel's declaration, which accompanies the response, makes reference to preparing a "Motion for Remand."  (Declaration of Calvin Clements III, ¶ 6, ECF No. 5 at 8.)  However, because no such motion to remand was actually filed, and the magistrate judge had *sua sponte* recommended dismissal based on lack of subject matter jurisdiction, the request for attorneys' fees and costs is unfounded.  Although plaintiff elected to file a response to defendant's objections, the response essentially reiterated the analysis in the magistrate judge's findings and recommendations.  In light of this, as well as defendant's pro se status, the court thus declines to award plaintiff any costs or attorneys' fees.